UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Cause No. 1:13-cr-00230-JMS-TAB |
| BERTON MAYS (01), | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt [140] recommending that Berton Mays' supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [140]. The Court finds that Mr. Mays committed Violation Numbers 1 and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [132]. The Court dismisses Violation Numbers 2 and 4 at dkt [132]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Mays is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months and with no supervised release to follow. The Court recommends placement at USPO McCreary.

Date: 6/23/2022

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal